IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM CHRISTOPHER MOORE
ADC #127360                                                                                          PETITIONER

v.                                           5:07CV00147 BSM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

1. Petitioner's motion to dismiss (Doc. No. 19) be GRANTED.

2. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 2) be DENIED.

3. Petitioner's first two habeas claims be DISMISSED, WITHOUT PREJUDICE, and his third habeas claim be DISMISSED, WITH PREJUDICE.

Dated this 9th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE