IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM CHRISTOPHER MOORE**
**ADC #127360**                                                                                           **PETITIONER**

v.                               5:07CV00147 BSM/JTR

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                               **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that petitioner's first two habeas claims are DISMISSED, WITHOUT PREJUDICE, and his third habeas claim is DISMISSED, WITH PREJUDICE.

Dated this 9th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE